# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**NICOLE JORDON,**

          **Plaintiff,**           Case No. 3:21−cv−00801

v.           Judge Trauger

**THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE,**           **JURY DEMAND**

          **Defendant.**

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, Nicole Jordon, and Defendant, The Metropolitan Government of Nashville and Davidson County, Tennessee by and through counsel, and move this Court to dismiss Plaintiff's claims. The parties stipulate that they have reached a resolution which fully resolves all issues in dispute and respectfully requests that the Court dismiss Plaintiff's claims with prejudice, with each of the parties to bear responsibility for her/its own costs and attorneys' fees.

          Respectfully submitted,

          */s Ashley Shoemaker Walter*
          Heather Moore Collins (# 026099)
          Ashley Shoemaker Walter (#037651)
          HMC Civil Rights Law, PLLC
          7000 Executive Center Dr., Suite 320
          Brentwood, TN 37027
          615-724-1996
          615-691-7019 FAX
          heather@hmccivilrights.com
          ashley@hmccivilrights.com

*Attorneys for Plaintiff*

*/s/Mallory L. Ricci (with permission)*
Mallory L. Ricci (#32492)
Will Ayers (#37494)
Assistant Metropolitan Attorneys
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
mallory.ricci@nashville.gov
will.ayers@nashville.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Change of Firm Name has been furnished to via the Court's electronic filing system on July 18, 2022 to the following:

Mallory L. Ricci
Will Ayers
Assistant Metropolitan Attorneys
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
mallory.ricci@nashville.gov
will.ayers@nashville.gov

*Attorneys for Defendant*

*s/ Ashley Shoemaker Walter*
Ashley Shoemaker Walter

2

Case 3:21-cv-00801   Document 16   Filed 07/18/22   Page 2 of 2 PageID #: 72